# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA INGRAM, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; MCKESSON CORPORATION and DOES 1-100, inclusive,<br><br>        Defendants. | Case No. CV 10-3667 SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-3667 SBA

SQUIRE, SANDERS & DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

1  The Court, having fully considered the papers jointly submitted by the parties in
2  connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to
3  Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-
4  captioned case is STAYED pending transfer to MDL No. 2100.
5     IT IS SO ORDERED.

Dated: 9/3/10                                       _____
                                                    HON. SAUNDRA BROWN ARMSTRONG
                                                    United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California  94111

- 2 -
[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-3667 SBA